

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL
XXXXXXXXXXXXXXXXX

State Board of Education                 Opinion No. O-5443
Austin, Texas                            Re:   Authority to dispose
                                         of textbooks not in condition
    Attention:   Mr. Gaynor Kendall      to be used or that have been
                                         discarded.

Gentlemen:

        This will acknowledge receipt of your inquiry re-
question an opinion from this department upon the above-
captioned subject, as follows:

        "The State Board of Education at its July
    6th meeting directed that your advice be
    sought in regard to the following matter.

        "There are on hand in the State deposi-
    tory at Austin many textbooks on various sub-
    jects which have accumulated because of the
    expiration of the contract for the particular
    books and replacement by adoption of other
    books in the subject field.  The Board de-
    sires to know what authorities are empower-
    ed to dispose of such of these books as are
    neither under current adoption nor used as
    supplementary source material in the public
    free schools.  Your attention is directed to
    Article 2876e of the Revised Statutes of 1925.
    The Board has been approached with a proposal
    for sale of the usable texts which have been
    discarded because of the expiration of the
    adoption period, and desires to be advised
    concerning its authority in the matter of
    the sale of these books, and of free text-
    books which, because of condition, are no
    longer usable in the public free schools."

        Article 2876e of the Revised Civil Statutes
cited by you is as follows:

        "The State Superintendent of Public In-
    struction with the approval of the State
    Board of Education, may provide for the dis-
    position of such textbooks as are no longer
    in a fit condition to be used for purposes

of instruction, or for discarded books re-
maining the property of the State. In case
of the disuse of books in fair condition,
inspectors of the State Department of Educa-
tion may require the continuance of the use
of said books."

This statute appears to deal specifically with the
very essence of your inquiry, and supplies the answer there-
to. While the books mentioned are not in an unfit "condition
to be used", they nevertheless are "discarded books remaining
the property of the State." Therefore, they may be disposed
of by the State Superintendent of Public Instruction, with
the approval of the State Board of Education.

The effect of this statute requires the joint ac-
tion--that is, by iniative and approval--of the State Super-
intendent and of the State Board to effect a sale.

Very truly yours

ATTORNEY GENERAL OF TEXAS

APPROVED JUL 28, 1945
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

By /s/ Ocie Speer
Ocie Speer, Assistant

APPROVED: OPINION COMMITTEE
BY:        BWB, CHAIRMAN

OS:MR:wb